FILED
July 01, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D35

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Luis Rabut | **Case No :** | 11-31010 - D - 13G |
| | | **Date :** | 6/28/11 |
| | | **Time :** | 10:30 |

**Matter :** [22] - Motion/Application to Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [RDG-1] Filed by Trustee Russell D. Greer (npas)
[22] - Motion/Application to Dismiss Case/Proceeding [RDG-1] Filed by Trustee Russell D. Greer (npas)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
　　　Lorraine Crozier (for the Trustee)
**Respondent(s) :**
None

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted and the case is dismissed.

Dated: July 01, 2011

*Robert S. Bardwil, Judge*
*United States Bankruptcy Court*